THE PEOPLE OF THE STATE OF NEW YORK ex rel. TERENCE BODDIE, Appellant, v NEW YORK STATE DIVISION OF PAROLE, Respondent.

Decided January 20, 2009

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MAURICE BRYANT, Appellant, v ROBERT E. ERCOLE, Respondent.

Decided January 20, 2009

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of IGNACIO REYNOSO, Appellant, v BRIAN FISCHER, as Commissioner of Correctional Services, et al., Respondents.

Decided January 20, 2009

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.